IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DORIS DOUGLAS, ET AL.**                                                                 **PLAINTIFFS**

VS.                                        CASE NO. 5:03CV00329 JMM

**GOULD SCHOOL DISTRICT**                                                          **DEFENDANTS**

**ORDER**

Based upon the parties' Joint Stipulation of Dismissal Without Prejudice (#27), the joint complaint against the Gould School District in the above styled case is dismissed without prejudice. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED this  19   day of October, 2006.


_____
James M. Moody
United States District Judge